

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2015

No. 04-15-00049-CV

**MORNINGSIDE MINISTRIES** d/b/a Morningside Ministries at the Manor and the
Morningside Ministries Foundation, Inc.,
Appellants

v.

Rosa Lee **RODRIGUEZ**, as next friend of Flora Mendez,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07530
Honorable Laura Salinas, Judge Presiding

## O R D E R

    The Appellee's Motion for Extension of Time to File Brief is GRANTED. The appellee's brief is due on August 5, 2015.

*Sandee Bryan Marion*
Sandee Bryan Marion, Chief Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2015.

Keith E. Hottle
Clerk of Court